**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| Lorena Mariscal, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:18-cv-2083-JMS-MJD ) |
| Crown Asset Management, LLC, a Georgia limited liability company, and Levy & Associates, LLC, an Ohio limited liability company, | ) ) ) ) ) |
| Defendants. | ) |

> Dismissal with prejudice acknowledged.  JMS, CJ, 8-6-18
> Distribution via ECF.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's individual claims against the Defendants, hereby stipulates to the dismissal of her individual claims with prejudice and dismissal of the claims of the putative class members without prejudice.

Dated:  August 3, 2018

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com